UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

SEP 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GREGORY GLINER, In re Ex Parte Application of Gregory Gliner, for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings,

            Movant - Appellant,

and

FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROC,

            Movant.

No. 24-4624

D.C. No.
3:24-mc-80087-JD
Northern District of California,
San Francisco

ORDER

The opening brief submitted by Appellant Gregory Gliner is filed.

Within 7 days of this order, Appellant Gregory Gliner must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Gregory Gliner are filed.

Within 7 days of this order, Appellant Gregory Gliner is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover

pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT